**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 2 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-1427 MV |
| ) | |
| vs. ) | 18 U.S.C. §§ 2250(a) and 42 U.S.C. § |
| ) | 16193: Failure to Register Under the Sex |
| **HAROLD JIM**, ) | Offender Registration and Notification |
| ) | Act. |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

From on or about December 10, 2015, and continuing on to March 8, 2016, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **HAROLD JIM**, a person required to register under the Federal Sex Offender Registration and Notification Act, by reason of a conviction under federal law, did knowingly fail to update a registration as required by Title 42, United States Code, Section 16913, *et seq.*, the Federal Sex Offender Registration and Notification Act.

In violation of 18 U.S.C. § 2250(a) and 42 U.S.C. § 16913.

A TRUE BILL:


/s/
FOREPERSON OF THE GRAND JURY


*[signature]*
Assistant United States Attorney

*[initials]*
4/05/2016 2:29pm